AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

FILED

OCT 20 2025

Clerk, US District Court
District of Montana - Billings

United States of America )
v. )
Timothy Christopher Payne )   Case No. MJ-25-105-BLG-TJC
)
)
)
)
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/17/25__ in the county of __Yellowstone__ in the State and District of __Montana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 846 | Attempt to Posses With Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
Pleaes See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

USPIS TFO Michael Robinson
Printed name and title

Sworn to before me and signed in my presence.

Date: 10-20-25

_____
Judge's signature

City and state: Billings, Montana   Hon. Timothy J. Cavan, U.S. Magistrate Judge
Printed name and title