# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Robinson, being duly sworn, hereby state as follows:

# INTRODUCTION

1. I, Michael Robinson, am currently a Detective with the Billings Police Department assigned to the Eastern Montana High Intensity Drug Task Area (EMHIDTA) Task Force and a Task Force Officer for the United States Postal Inspection Service. This appointment started in April 2024. Prior to the assignment with the USPIS to EMHIDTA, I became a Police Officer with the Billings Police Department in March of 2003. I have worked approximately eight years as a uniformed patrol officer. I have also worked approximately fourteen years as a Detective for the Billings Police Department. For five of those fourteen years I was assigned to the general investigations division. In this division, I investigated all types of crimes to include crimes against children, financial crimes, homicides and more. For the other nine years as a Detective, I was assigned to EMHIDTA and worked drug crimes. Seven of those nine years I was assigned to the Federal Bureau of Investigations as a TFO. I have been assigned to work federal, state, and local narcotics investigations but target federal interstate narcotics investigations.

1

2. As a Postal Inspector Task Force Officer, I investigate to prevent the flow of illicit drugs and contraband through the United States Mail. I have assisted with investigations involving the distribution of controlled substances. I have also participated in narcotics investigations which have resulted in the seizure of large quantities of controlled substances such as cocaine, marijuana, methamphetamine, fentanyl, and heroin. I am familiar with and have participated in all of the normal methods of investigation, including but not limited to visual surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, and the use of the Grand Jury. Additionally, I have consulted with other agents who have been involved in similar investigations.

3. This affidavit is based upon information I have gained through training and experience, as well as upon information provided to me by other individuals, including law enforcement officers.

4. This affidavit submitted in support of a Criminal Complaint issued for Timothy Payne (date of birth XX-XX-1986), Attempted Possession of Controlled Substances with Intent to Distribute, in violation of Title 21, United States Code, Section 846. The statements in this Affidavit pertain to the investigation described below and are based in part on information provided by my own observations and experience as an USPIS Task Force

2

Officer, and the observation and experiences of other fellow law enforcement officers participating in the investigation. This Affidavit does not purport to contain all facts related to this investigation, but only those facts necessary to establish probable cause with respect to the aforementioned offense.

## PROBABLE CAUSE

5.      On 10/17/25, I obtained a federal search warrant, MJ 25-104-BLG-TJC, for a United States Postal Service Priority Mail parcel going to George Pina 7828 Lewis Ave Billings MT 59106. The sender of the parcel was Manny Diaz 429 S 35th Lincoln Phoenix AZ 85009. The parcel had a tracking number of 9505507045015286141569.

6.      On 10/17/25, the parcel was searched at EMHIDA by Agents. Inside was a stuffed animal and concealed inside the stuffed animal was a package. The package had multiple layers of cellophane wrap. Inside all those layers was a Ziploc bag that contained a large amount of blue pills marked "M" "30". The weight of the pills inclusive of the bag was approximately 596.05 grams. The weight of one pill is approximately 0.1 which is between 5000 and 6000 pills. A pill was tested using a presumptive test kit and was positive for fentanyl. All the pills were removed from the parcel and secured in the evidence vault. I placed a non-narcotic substance back into

the parcel and sealed it. Agents do this to alleviate the possibly of a dangerous drug being put back into the community.

7.   As Agents were attempting to obtain a search warrant on the parcel, Timothy Payne had gone to the Post Office at 841 S 26th on two different occasions to try and pick up the parcel. He provided the clerk a phone number of 406-413-1143 and a name of George Pina. I ran this phone number in the Billings PD database and it returned to Timothy Payne at 7828 Lewis Ave.

8.   Agents then conducted a controlled pickup of the parcel at 841 S 26th St. Payne was contacted at the provided phone number and he was advised the parcel was available for pickup. A short time later, Payne was identified driving into the area. He made a pass down a side street before parking in the main parking lot. He exited the vehicle and went inside the Post Office. He took possession of the parcel and exited the building. Once outside, he was detained by Agents. During a search incident to arrest, Agents recovered a blue Apple phone from his pocket along with a USPS slip and a receipt. I identified myself to Payne and he said he saw me parked on the side street and didn't know why he continued to the post office. He sat in the front seat of my vehicle where USPI Smith and I interviewed Payne.

4

9. Payne was read his Miranda Rights and signed the waiver, agreeing to speak with us. Payne said we were all here because we had intercepted a parcel that was mailed to him. He thought there would be car parts because a friend of his who is incarcerated told him he would be getting something. Payne wouldn't tell us who the friend was but added that we should know who and he would be honest off the record. He denied ordering the parcel but it was sent to him but under a different name. The name was George Pina. He only knows the name of George Pina because it was on the USPS ticket left in his mailbox. It should be noted that the USPS ticket we recovered had the name G. Pina and not George Pina. Payne admitted to coming to the Post Office earlier and providing the name George Pina to the clerk to get the package. Payne denied ever checking on the parcel's status by checking on the tracking number. He did ask a friend to check the tracking number but he wouldn't tell us what friend he asked to do this. The phone he had on him belongs to his daughter but since his is broken he has been using it for a couple weeks. On at least one occasion, Payne caught himself telling a lie and admitted that his first instinct was to lie to us.

10. At one point during the interview, Robbi Scheider (he referred to her as his wife) arrived at the Post Office and parked near us. He rolled the window down and yelled that we got him and that he was sorry. Schneider

5

was allowed to briefly come over and speak with Payne. They both stated that they hated them and Payne added he didn't mean us (cops). Schneider says she hates fentanyl and that it took Michael.

11. At the end of the interview, Agents transported Payne to the Yellowstone County Detention Center and booked him in under a federal hold.

## CONCLUSION

12. Based upon my knowledge of the overall investigation, I believe Timothy Payne attempted to possess controlled substances with the intent to distribute in violation of Title 21, United States Code, Section 846.

13. I swear that the facts presented herein are true and accurate to the best of my knowledge.

_____
Michael Robinson
Postal Inspector Task Force Officer
United States Postal Inspector Service


Subscribed and sworn to before me on the 20 day of October, 2025.

_____
Honorable Timothy J. Cavan
United States Magistrate Judge
District of Montana