IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY CHRISTOPHER PAYNE,<br><br>Defendant. | MJ 25-105-BLG-TJC<br><br>**ORDER VACATING PRELIMINARY HEARING** |

Defendant has filed a motion to vacate the preliminary hearing. (Doc. 8.) Accordingly, IT IS HEREBY ORDERED that the preliminary hearing currently set for October 29, 2025, at 2:00 a.m. is VACATED.

DATED this 27th day of October, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge